UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEAMSTERS LOCAL 251, : | |
| by and through its Secretary Treasurer : | |
| and Principal Officer MATTHEW TAIBI : | |
| and President PAUL SANTOS, : | |
| and as individuals, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No. 1:23-cv-00124-MSM-PAS |
| : | |
| NICK WILLIAMS, : | |
| : | |
| Defendant. : | |

**ORDER**

This matter came before the Honorable Judge Mary S. McElroy on May 1, 2023 on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. After hearing thereon, it is hereby:

**OREDERED, ADJUDGED AND DECREED**

1. Plaintiffs' Motion for Preliminary Injunction is granted;

    a. Plaintiffs have demonstrated a likelihood of success on the merits that Defendant violated the Anti-cybersquatting Consumer Protection Act;

    b. Plaintiffs have demonstrated irreparable harm; and

    c. The balance of equities and the public interest supports injunctive relief.

2. Defendant Nick Williams is enjoined from using the domain name teamsterslocal251.com, and from acquiring or using any other domain name or social media handle or account with the name teamsters local 251, or any substantially similar name.

1

| ENTER: | PER ORDER: |
|---|---|
| *May S. McElroy* | |
| McElroy, J.  - 5/2/2023 | C. Potter |
| | Clerk |

PRESENTED BY:

/s/   Elizabeth Wiens
Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
Gursky Wiens & Shanley, Attorneys at Law,
20 Centerville Road
Warwick, RI 02886
Tele: (401) 294-4700
Fax: (401) 294-4702
ewiens@rilaborlaw.com
mgursky@rilaborlaw.com

## CERTIFICATION

I hereby certify that I electronically filed the within document on May 2, 2023.  The document is available for viewing and downloading from the Court's Electronic Case Filing system.

/s/ Elizabeth Wiens